(104 So. 892)

## Ex parte CAPITAL CAB CO. (3 Div. 722.)

(Supreme Court of Alabama. June 25, 1925.)

Certiorari to Court of Appeals.

J. P. Mudd, of Birmingham, for petitioner.
Rushton & Crenshaw, of Montgomery, opposed.

THOMAS, J. Petition of the Capital Cab Company for certiorari to the Court of Appeals, to review and revise the judgment and decision there rendered in the case of Capital Cab Co. v. Montgomery Fair, 20 Ala. App. 648, 104 So. 891.

Writ denied.

ANDERSON, C. J., and SOMERVILLE and BOULDIN, JJ., concur.